GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN                                          JS-6
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID (Cal. Bar No. 223912)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6086
    Facsimile:   (213) 894-7819
    Email: Anoiel.Khorshid@usdoj.gov

Attorneys for John E. Potter,
Postmaster General, United States Postal Service.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CONCEPTION AZMITIA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, Postmaster<br>General, United States Postal<br>Service, *et al.*,<br><br>    Defendants. | Case No. 09-0556 JFW (AGRx)<br><br>**ORDER DISMISSING THE<br>ACTION WITH PREJUDICE**<br><br>Honorable John F. Walter |

    Pursuant to the Stipulation for Compromise Settlement and General Release

filed in the above-titled action by and between Plaintiff and Defendants,

    **IT IS HEREBY ORDERED:**

    1.    Plaintiff's action is dismissed with prejudice in its entirety;

    2.    Each party shall bear their own costs of suit and attorneys fees; and

    3.    The Court retains jurisdiction pending payment of the settlement.

Dated: _____11/20/09_____      _____

                                     Honorable John F. Walter
                                     UNITED STATES DISTRICT JUDGE